USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CHRISTOPHER H. REYES

                   Plaintiff,

     -v-

JENZAC EXPRESS, INC. and
JAMES GILL,

                  Defendants.
-----------------------------------------------------------x

04 Civ. 08797 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The parties having reported to the Court that the case is settled, it is hereby

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to this Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
         May 24, 2005

_____
GERARD E. LYNCH
United States District Judge